# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HENDRIK DEWET,**

      **Plaintiff,**

**v.**                        **Case No.  8:05-cv-940-T-30TGW**

**S & S POOLS, INC.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Notice of Resolution (Dkt. #12) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on January 23, 2006.

_____
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-940.dismissal.wpd